```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     NORTHERN DIVISION
```

**W.D. ANDERSON, # 38675**                                              **PLAINTIFF**

**VERSUS**                                              **CAUSE NO. 3:23cv335-TSL-MTP**

**STATE OF MISSISSIPPI**                                                **DEFENDANT**

### FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the Order issued this date,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED,** this the 20th day of May, 2024.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE